NO. 07-11-0332-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 22, 2011

FREDRICK DARTY,

                                                   Appellant

V.

TOWN & COUNTRY MOBILE PARK, ANA NEWMAN
AND JOHN JEAN, ET AL.,

                                                   Appellees

FROM THE 237th DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2011-556,543; HONORABLE LES HATCH, PRESIDING

*Memorandum Opinion*

Before QUINN, C.J., HANCOCK and PIRTLE, JJ.

Fredrick Darty (appellant) filed a notice of appeal on August 18, 2011. We dismiss the appeal. The clerk's record was filed with this court on September 22, 2011. No reporter's record was taken. Appellant's brief was due on October 31, 2011. No brief was filed by that date, so the Court notified appellant on November 7, 2011, that the due date for the brief had lapsed, that the brief had not been filed, and that if it was not received by November 17, 2011, the appeal would be dismissed for want of

prosecution.  To date, no brief or motion to extend the deadline has been filed.  Nor has the court received any explanation for the omission.

Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1); 42.3(b).

Per Curiam